In the Matter of C.L.D., an Infant, by Her Father and Natural Guardian, JAMES P. DACEY, Respondent, v PERRY CENTRAL SCHOOLS, Appellant. [825 NYS2d 651]—Appeal from an order of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered July 18, 2005. The order granted petitioner's application for leave to serve a late notice of claim.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Gorski and Pine, JJ.

 THERESA DOE, Individually and as Administratrix of the Estate of KATHERINE DOE, Deceased, Appellant, v WESTFALL HEALTH CARE CENTER, INC., et al., Defendants, and UNIVERSITY OF ROCHESTER, Respondent. [825 NYS2d 392]—Appeal from an order and judgment (one paper) of the Supreme Court, Monroe County (Matthew A. Rosenbaum, J.), entered December 22, 2005. The order and judgment granted the motion of defendant University of Rochester for summary judgment dismissing the complaint against it.

It is hereby ordered that the order and judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Scudder, P.J., Hurlbutt, Gorski and Pine, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STACY A. DEBEER, Also Known as STACY ANN WEIGERT, Appellant. [825 NYS2d 651]—Appeal from a judgment of the Ontario County Court (Craig J. Doran, J.), rendered July 20, 2004. The judgment convicted defendant, upon her plea of guilty, of murder in the second degree (two counts).

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Martoche, J.P., Smith, Centra and Green, JJ.